THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest of
 Christopher C., A Minor Under the Age of Seventeen Appellant.
 
 
 

Appeal From Dillon County
Timothy L. Brown, Family Court Judge
Unpublished Opinion No. 2008-UP-030
Submitted January 2, 2008  Filed January 10, 2008

APPEAL DISMISSED

 
 
 
 Chief
 Attorney Joseph L. Savitz, III, South Carolina Commission on Indigent Defense,
 Division of  Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Jay E. Hodge, Jr, of Cheraw, for
 Respondent.
 
 
 

PER
 CURIAM:  Christopher C. appeals his no contest pleas for possession
 of cocaine and unlawful possession of weapon by a minor and sentence of an  indeterminate
 period not to exceed his twenty-first birthday unless the Solicitor finds
 alternative placement.  Christopher C. argues the family court should not have
 accepted his plea of no contest because an insufficient factual basis existed
 to support a finding of guilt.  After a thorough review of the record and counsels brief
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Christopher C.s appeal and grant counsels motion to be relieved.
 
APPEAL DISMISSED.
HEARN, C.J.,
 KITTREDGE and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.